COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Interest of J. S., A Child

Appellate case number:      01-19-00146-CV

Trial court case number:    2018-00409J

Trial court:                314th District Court of Harris County

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case") for both the mother and the father of the child, J.S. On April 4, 2019, appointed counsel for the father, H.L.S., filed his appellant's brief on the merits. On April 16, 2019, Michellé Placzek, appointed counsel for the mother, A.H., filed an appellant's brief concluding that the above-referenced appeal by the mother is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967); *In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.) (*Anders* procedures are appropriate in a parental termination appeal).

However, although counsel's *Anders* brief states that she is filing a motion to withdraw and has complied with all *Anders* requirements, counsel has neither filed a motion to withdraw with the Clerk of this Court nor provided a certificate of service of the *Anders* brief and motion to withdraw on the pro se appellant, A.H., with her last known address. If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See Anders*, 386 U.S. at 744. An *Anders* brief must accompany a motion to withdraw, neither the brief nor the motion may be filed on its own. *See id.*

Accordingly, the Court **orders** appellant's appointed counsel, **Michellé Placzek**, to file the required motion to withdraw and certificate of service of the brief and motion on the pro se appellant, A.H., with the Clerk of this Court **within 5 days of the date of this order**. *See* TEX. R. APP. P. 6.5.

It is so ORDERED.
Judge's signature: ____/s/ Evely V. Keyes____
                   x  Acting individually    ☐  Acting for the Court
Date: __April 23, 2019_____